**25 CV 6351-V**

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
FILED
JUL 2 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.      Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Karl Henry Lucce  A# 062 348 065

2. _____

-VS-

**B.      Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. (ICE HEALTH CORPS SERVICES IHSC)         4. _____

2. _____         5. _____

3. _____         6. _____

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____

_____

Name and Prisoner Number of Plaintiff:_____

Present Place of Confinement & Address:_____

_____



**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes_____  No_____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

    _____

2.  Court (if federal court, name the district; if state court, name the county):_____

3.  Docket or Index Number:_____

4.  Name of Judge to whom case was assigned:_____

American LegalNet, Inc.
www.FormsWorkFlow.com

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ____ By court due to your voluntary withdrawal of claim;

        ____ <u>Judgment</u> upon motion or after trial entered for

            ____ plaintiff

            ____ defendant.

**B.**    Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes____  No____

<u>If Yes, complete the next section</u>.  NOTE:  *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.    District Court:_____

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____

_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____



Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

---

### 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4



**A. FIRST CLAIM:** On (date of the incident) __Denial of Medical Treatment_____,
defendant (give the **name and position held** of **each defendant** involved in this incident) (ICE HEALTH CORPS SERVICES IHCS)

did the following to me (briefly state what each defendant named above did): I have been in detention for about 12months and have been requesting medical attention for an extended period. Everytime I make such request, I am denied medical attention I need in specific is because they (New york state department of corrections and community supervision (DEF) [DOCCS] inter alia, including officials here at BFDF) conspired at planted microchips throughout my body this started shortly before i was transferred from DOCCS to ICE. these microships had caused me, poor health lack of sleeping since i was in prison, and now in ICE to hear voices; particulary the voices of three people, which keep making it seem to medical here at BFDF like i have mental health issues. they used these microchips as monitoring devices, which, again they place throughout my body everytime i request for an physical examination such request get denied multipal times.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: 14th amendment of US constitutional right adequate medical care ( denial medical treatment)

The relief I am seeking for this claim is (briefly state the relief sought): Injunction, and monetary damages

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? __✓__ Yes _____ No    If yes, what was the result? total 6 grievances which all went unanswerd

Did you appeal that decision? _____ Yes _____ No    If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: i did my part by grieving the issues how ever i didnt have no control over my grievance being answerd

**A. SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5



did the following to me (briefly state what each defendant named above did): _____
_____
_____
_____
_____
_____
_____
_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____
_____

The relief I am seeking for this claim is (briefly state the relief sought): _____
_____
_____

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____
_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____
_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____
_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

**6. RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

Injunction, and monetary damages
_____
_____
_____

Do you want a jury trial? Yes ✓   No _____

American LegalNet, Inc.
www.FormsWorkFlow.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06-24-25
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Karl Henry Lucce   A#062-348-065

Signature(s) of Plaintiff(s)

American LegalNet, Inc.
www.FormsWorkFlow.com